```
                    FILED
                   JUL - 2 2010
              CLERK, U.S. DISTRICT COURT
                 DISTRICT OF NEVADA
              BY _____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:09-CR-477-KJD (RJJ) |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER OF FORFEITURE** |
| ) | |
| MALCOLM N. CHILDRESS, ) | |
| ) | |
| Defendant. ) | |

On June 29, 2010, defendant MALCOLM N. CHILDRESS pled guilty to Count One of a Seven-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment.

This Court finds that MALCOLM N. CHILDRESS shall pay a criminal forfeiture money judgment of $2,654,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MALCOLM N. CHILDRESS a criminal forfeiture money judgment in the amount of $2,654,000.00 in United States Currency.

DATED this 29th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE