DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
Assistant United States Attorney
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:09-CR-477-KJD-RJJ |
| Plaintiff, | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| VS. | |
| MALCOLM N. CHILDRESS, | |
| Defendant. | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Brian Pugh, Assistant United States Attorney, submits this Sentencing Memorandum to correct the guideline calculation and states as follows:

The parties originally agreed that the loss figure was more than $1,000,000 based upon six transactions that caused a total loss to lenders of $1,069,250.00. After entering the plea, defendant brought to the attention of the government that he was not involved in the first transaction listed on page ten of the Plea Memorandum (Document 40) related to the purchase of 8163 Retriever Avenue. After further investigation, the government has determined that defendant did not join the conspiracy until after the 8163 Retriever Avenue was completed. Wherefore, the government respectfully requests that defendant's guidelines be adjusted downward to reflect that he only participated in the remaining five transactions listed in the Plea Memorandum.

The lender incurred a $95,000.00 loss on the Retriever Avenue transaction.  Hence, defendant's loss calculation should be reduced by $95,000.00 for a total loss of 964,250.00.  Hence defendant's guideline calculation should use a 14-level enhancement for a loss greater than $400,000 and less than $1,000,000, U.S.S.G. § 2B1.1(b)(1)(H), rather than a 16-level enhancement for a loss greater than $1,000,000, U.S.S.G. § 2B1.1(b)(1)(I).

Wherefore, the government respectfully requests that this court adjust the loss figure downward $95,000.00 and reduce the loss enhancement from 16 levels to 14 levels.

Respectfully submitted this 24th day of September 2010.

DANIEL G. BOGDEN
United States Attorney


___/s/_____
BRIAN PUGH
Assistant United States Attorney

**CERTIFICATION OF SERVICE**

The foregoing was served upon Osvaldo Fumo, counsel for Defendant, via ECF filing, this the 24th day of September 2010.


___/s/_____
BRIAN PUGH
Assistant United States Attorney