UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MALCOLM N. CHILDRESS,<br><br>            Defendant. | 2:09-CR-477-KJD (RJJ) |

**ORDER OF FORFEITURE**

This Court found on July 6, 2010, that MALCOLM N. CHILDRESS shall pay a criminal forfeiture money judgment of $2,654,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1)(A), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MALCOLM N. CHILDRESS a criminal forfeiture money judgment in the amount of $2,654,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 29th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE